UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 19-24058-CIV-MORENO

MANUEL PEREZ,

    Plaintiff,

vs.

THE LEAZER GROUP, INC.,

    Defendant.

_____/

**FINAL ORDER OF DISMISSAL AND**
**ORDER DENYING ALL PENDING MOTIONS AS MOOT**

THIS CAUSE came before the Court upon the Plaintiff's Notice of Settlement **(D.E. 4)**, filed on **October 18, 2019**. It is

**ADJUDGED** that in light of the parties settling this action, this case is **DISMISSED** in accordance with the settlement agreement. The Court shall retain jurisdiction for six months to enforce the terms of the settlement agreement. It is also

**ADJUDGED** that all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21 of October 2019.

_____
*for*
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record