UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **19-24058-CIV-MORENO**

MANUEL PEREZ,

      Plaintiff,

vs.

THE LEAZER GROUP, INC.,

      Defendant.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE AND
ORDER DENYING ALL PENDING MOTIONS AS MOOT**

THIS CAUSE came before the Court upon the Plaintiff's Notice of Dismissal With Prejudice **(D.E. 6)**, filed on **October 23, 2019**.

THE COURT has considered the notice, the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Court reserves jurisdiction for six months to enforce the terms of the settlement. Further, all pending motions are **DENIED AS MOOT** with leave to renew if appropriate.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12 of November 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record